AO (Rev. 5/85) Criminal Complaint

FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

11 JAN -3 PM 6: 37

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

vs.

ERIC ANTWAN BELL
NEANG PROM

## CRIMINAL COMPLAINT

CASE NUMBER: 8:11 MJ 1001 TGW

I, the undersigned complainant, being duly sworn, state the following is true and correct

to the best of my knowledge and belief. From as early as, on or about November 2009 and

continuing until on or about July 2010, in Hillsborough County, in the Middle District of Florida,

defendants did,

Produce Child Pornography, Aid and Abet the Production of Child Pornography,
Unlawfully Possess a Firearm, Engage in Sex Trafficking of a Minor, and Aid and Abet Sex
Trafficking of a Minor, respectively, in violation of Title 18, United States Code, Sections 2251
and 2, 922(g), and 1591(a)(1) and 2.

I further state that I am a(n) Special Agent with ICE, and that this Complaint is based on
the following facts:

### SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  ☐ Yes   ☐ No

Signature of Complainant
William Willinger

Sworn to before me and subscribed in my presence,

January 3, 2011                          at          Tampa, Florida

THOMAS G. WILSON
United States Magistrate Judge
Name & Title of Judicial Officer                        Signature of Judicial Officer

8.11 MJ 1 0 0   TGW

**AFFIDAVIT**

I, William Williger depose and state as follows:

1.      I am a Special Agent with the United States Department of Homeland Security (DHS) Bureau of Immigration and Customs Enforcement (ICE) Office of Investigations and have been since December of 2006. I am currently assigned to the Office of the Special Agent in Charge, Tampa, Florida.

2.      Prior to becoming a Special Agent, your Affiant served as a Staff Sergeant in the United States Marine Corps Reserve for approximately eleven years. During your Affiant's time in the United States Marine Corps Reserve, your Affiant served as a Platoon Sergeant and participated in combat operations in Operation Iraqi Freedom.

3.      As a Special Agent with ICE, your Affiant is a federal law enforcement officer as described in Title 18, United States Code, Section 2510(7). As such, your Affiant is responsible for investigating and enforcing violations of federal law. I have investigated matters involving the exploitation of children, particularly in relation to violations of Title 18, United States Code, Section 1591, which criminalizes sex trafficking of juveniles. I have made arrests and conducted searches pertaining to these types of investigations.

4.      As a federal agent, I have completed a twenty-six week academy, which certified me as a criminal investigator. I have also been directly involved in federal investigations and have assisted other agents in conducting investigations, including but not limited to joint, interagency investigations.

5.      In my investigative experience, I have conducted physical surveillance, executed search warrants and reviewed recordings, including recordings of individuals involved with human trafficking. I have interviewed witnesses, victims, and worked with cooperating individuals.

6.      Finally, I have been assigned by ICE to the U.S. Department of Justice (DOJ) Clearwater Area Human Trafficking Task Force (CAHTTF), which is a local, state, and federal multi-agency task force devoted to combating human trafficking, which includes the sex trafficking of children. I have learned the following information in my official capacity, by first hand observations, as well as by receiving information from federal and local law enforcement in reference to the investigation of Eric BELL and Neang PROM for federal criminal violations.

7.      Your Affiant submits this affidavit in support of a Criminal Complaint charging Eric BELL and Neang PROM, with violations of Title 18, United States Code, Sections 2251 and 2, 922(g), and 1591(a)(1) and 2, production of child pornography, aiding and abetting the production of child pornography,  felon in possession of a firearm, sex trafficking of a minor, and aiding and abetting sex trafficking of a minor, respectively.

8.      Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Eric BELL and Neang PROM committed violations of Title 18, United States Code, Sections 2251 and 2, 922(g), and 1591(a)(1) and 2.

## DEFINITION OF TERMS PERTAINING TO CHILD PROSTITUTION

9.  Based on training and knowledge, and the experience of other law enforcement personnel involved in this investigation, your Affiant, knows the following:

a)  "Bottom Girl" is the street term for a woman who sits atop the hierarchy of prostitutes working for a particular pimp. A bottom girl is usually the prostitute who has been with the pimp the longest and consistently makes the most money. Being the bottom girl gives the prostitute status and power over the other women working for the pimp; however, the bottom girl also bears many responsibilities. In U.S. v. Pipkins, 378 F.3d 1281 (11th Cir. 2004), the Eleventh Circuit described the bottom girl's duties as "work[ing] the track in [her pimp's] stead, running interference for and collecting money from the pimp's other prostitutes, [and] look[ing] after the pimp's affairs if the pimp was out of town, incarcerated, or otherwise unavailable." The terms "wife" or "wife-in-law" are also interchangeable for "Bottom Girl."

b)  "Johns" are the customers of prostitutes. The slang term is used among both prostitutes and law enforcement to identify persons who solicit prostitutes.

c)  "Tricks" is a street term that has dual meaning. It can be used to identify a person who solicits a prostitute, making it synonymous with the term "John." It is also used to describe a sexual encounter between a prostitute and a John. The latter is the context in which "trick" is used for the purposes of this affidavit.

## PROBABLE CAUSE

10.  On or about December 1, 2009, Pinellas County Sheriff's Office (PCSO) Child Protection Investigation Division Investigator Eric Cullens contacted PCSO Detective Jeremy Lewis and informed him of a potential human trafficking victim. The

minor victim made statements to Investigator Cullens that were consistent with Domestic Sex Trafficking of a Minor. The minor victim (Minor Victim #1) is a citizen and national of Brazil who is presently a legal permanent resident of the United States. The M.V. #1 was born on February 3, 1994, and was fifteen years of age at the time of the events alleged in the affidavit.

11.     On or about December 10, 2009, Clearwater Area Human Trafficking Task Force (CAHTTF) members Detective Jeremy Lewis, Detective James McBride, and Detective Brian Bergulio interviewed the M.V. #1. During the interview, the M.V. #1 relayed the following information:

12.     On or about the first week of November 2009, the minor victim came into contact with a female known as Nikki while at a bus stop in Tampa, Florida. The minor victim told Nikki she was a run-a-way and she wanted to go back home. Nikki then made a telephone call to an individual she referred to as "Santana." A short time later, a black male who referred to himself as "Santana" arrived at the bus stop driving a light blue four door Buick. "Santana" informed the minor victim that he would give her a place to stay and she would not have to do anything in return. "Santana" drove the minor victim to a one story single family dwelling located in the area of 26th Avenue and 47th Street in the Highland Pine neighborhood of Tampa, Florida, in the Middle District of Florida. Your Affiant later determined "Santana" was Eric BELL.

13.     While en route from the bus stop to the residence, the minor victim told "Santana" she was fifteen (15) years old. He responded by stating, "It's ok. I've been with fourteen (14) year olds before." "Santana" also informed the minor victim that his

wife[1] was at the house waiting for them.  "Santana" never told the minor victim she

would be performing sex acts or that she would be prostituted.  The minor victim stated

that she trusted "Santana."

14.     When the minor victim arrived at the residence, identified as 3230 North

47th Street, Tampa, Florida, she was greeted by an Asian female who identified herself

as "Kim" and/or "Pocahontas."  Your Affiant later determined this person was Neang

PROM.  The minor victim was given access to a shower.  Upon completion of her

shower, "Kim/Pocahontas" styled the minor victim's hair, put make up on her, and gave

her a blue and tan dress.  After the minor victim was dressed, "Kim/Pocahontas" told

her to go outside to the recreational vehicle (RV) to see "Santana."

15.     Once inside of the RV, "Santana" instructed the minor victim to take off

her clothes.  "Santana" began to take pictures of the minor victim in various stages of

undress with a digital camera.  The minor victim remembers the digital camera as being

silver in color and located behind a Tampa Bay Buccaneers throw pillow on the couch

inside of the RV.  When "Santana" finished taking the digital pictures, he told the minor

victim to take off her panties.  "Santana" then proceeded to have non-consensual

vaginal intercourse with the minor victim on the bed in the back of the RV.

16.     According to the minor victim, after the encounter in the RV the minor

victim and "Santana" went back into the residence where "Santana" and

"Kim/Pocahontas" uploaded the digital images of the minor victim onto the Internet

websites www.backpage.com and www.craigslist.com which traveled in and affected

interstate commerce.  On these sites, the minor victim  was advertised as an escort.

---

[1] Your affiant has not been able to locate a marriage license for Eric BELL a/k/a "Santana" or
Neang PROM a/k/a "Kim/Pocahontas."  It is believed that BELL's reference to a "wife" is a
reference to his Bottom Girl who sits atop the hierarchy of his other prostitutes.

The minor victim was advertised as an eighteen (18) year old female named "Kay." The minor victim stated that "Santana" used an alias because he knew the police would be looking for her. He explained to the minor victim that some of his girls who used their real names had been located and taken by the police. "Santana" later told the minor victim that she was his "money maker" and that he did not want to lose her.

17.     The minor victim stated that "Santana" initially used the home telephone number as the contact number for sexual encounters with the minor victim. "Santana" subsequently gave the minor victim a cellular telephone to be used only for in-coming telephone calls from clients of the Internet advertisements.

18.     According to the minor victim, "Johns" began calling the residence two to three hours after the minor victim's pictures were posted on the Internet. "Johns" would call the home telephone number and either "Santana" or "Kim/Pocahontas" would schedule appointments for the "Johns" and provide them directions to the residence. "Johns" started coming to the residence to have intercourse with the minor victim on the same day she met "Santana" and "Kim/Pocahontas."

19.     The minor victim was held by "Santana" for approximately three weeks. During that time, she was forced to perform between fifteen and twenty sexual acts or "tricks" a day. "Santana" instructed the minor victim to charge $125.00 per hour for vaginal intercourse, an additional $200.00 for anal intercourse, and an additional $50.00 to $60.00 for oral sex. The minor victim never received any of the proceeds from prostitution. "Santana" would take the minor victim to get her nails and hair done because she needed to look "fit" so she could keep making money. Law enforcement estimates that the minor victim earned $40,000.00 to $50,000.00 for "Santana" during

the three week period she was held.

20.     According to the minor victim, the sex acts took place in the bedroom where she slept.  One day, the minor victim observed a video camera located above the closet door in her bedroom.  The video camera was attached to a black desktop computer located in the adjacent bedroom where she observed a live feed of her bedroom on the monitor.

21.     The minor victim was raped almost daily by "Santana."  The rapes often occurred in her bedroom and on a bed in the RV that was covered by a Tampa Bay Buccaneers comforter.

22.     The minor victim did not want to perform sex acts for money but she was in fear for her life if she attempted to leave the residence or contact her family.  According to the minor victim, "Santana" had several hand guns and rifles in the residence and he typically carried a handgun in his front waistband.  "Santana" also owned two dogs that the minor victim believed to be a pit bull and a rottweiler.  On one occasion, "Santana" threatened to sick the dogs on the minor victim because she did not charge a "John" enough money.  The minor victim was permitted to walk around the neighborhood; however, she was advised that there were people in the neighborhood watching her and if she left, bad things would happen to her.

23.     The minor victim observed "Santana" sell marijuana and prescription pills, which she believed to be Oxycodone, from the residence.  On one occasion, the minor victim had a headache and "Santana" gave her two white pills which she assumed were Tylenol.  A short time later, the minor victim stated that she did not feel right and asked "Santana" what he gave her.  "Santana"  responded that he gave her Oxycodone.

24.     During the initial interview of the minor victim, Detective McBride recognized the name "Pocahontas" from Internet escort postings on www.backpage.com and www.craigslist.com.   During the interview of the minor victim, Detective McBride searched the Internet and located the escort postings for "Pocahontas" on www.craigslist.com and www.backpage.com.  Detective McBride took the phone number from both postings and entered it into Google. Google located a MySpace account in the name of K.J. (a minor).

25.     K.J.'s MySpace account states that she is eighteen years of age and resides in Tampa, Florida.[2] A check under the comments section of her MySpace account shows a message from another MySpace account titled "Kim."  The message was sent on or about March 27, 2009, at 3:59 p.m., and states: "HI HUNEY, HOW R U? I HOPE YOU ARE STAYIN OUT OF TROUBLE & NOT WORRING YOUR MOTHER, ANYWAYZ I JUST WANTED TO SAY I MISSED YOU, CALL ME THIS IS MY NEW NUMBER (941) 915-7853."  This is the same telephone number used by "Pocahontas" to advertise her escort service on www.craigslist.com and www.backpage.com.

26.     Detective McBride clicked on the "Kim" link and accessed her MySpace account. This account shows "Kim" standing in front of a house and a vehicle. Some of the pictures on "Kim's" MySpace account are also used to advertise her escort services as "Pocahontas" on www.craigslist.com and www.backpage.com.  Additionally, there are photos of "Kim" with a black male who is shown in her friend's column as "Santana." There are several photographs of "Santana" and "Kim" together on MySpace. Detective

2 A check in COPLINK, a Tampa Bay area law enforcement database, revealed K.J., a black female, has a date of birth of October 5, 1993.  A criminal history check and booking photograph showed that K.J. has been arrested three times since March 6, 2009, on prostitution-related charges.

McBride clicked on the "Santana" link and found his MySpace account had "Kim" listed as a friend. Additionally, there were several comments from "Kim" to "Santana." Detective McBride conducted additional searches and found more photographs of "Santana" in his MySpace account photos section.

27.     Detective McBride was attempting to screen capture the photos and information from MySpace when the minor victim walked past his workstation. The minor victim immediately stated in an excited voice, "That's him. That's Santana," as she pointed at the computer screen at Detective McBride's workstation.

28.     On December 11, 2009, PCSO Investigative Analyst (IA) Michelle Pollet used facial recognition technology on the MySpace images of "Santana" and "Kim/Pocahontas" in an attempt to determine their true identities. Due to the poor quality of the photographs of "Santana," IA Pollet was unable to determine his identity using facial recognition technology. IA Pollet was able to use the images of "Kim/Pocahontas" to determine her true identity. Photographs on MySpace of "Kim/Pocahontas" were a match of photographs of Neang PROM contained in the Florida Driver and Vehicle Information Database (DAVID).

29.     IA Pollet then queried Neang PROM in the Distributed Factual Analysis Criminal Threat Solution (DFACTS) and was able to locate Eric BELL as a known associate of Neang PROM. Using DAVID, IA Pollet was able to positively identify Eric BELL (a/k/a Laveric Santana, Eric Dean) as "Santana."

30.     A criminal history check on Eric BELL revealed the following felony convictions:

a)     A July 9, 1993, withhold of adjudication for Possession of Cocaine in

Gainesville, Florida;

b)     A May 30, 1997, conviction for Conspiracy to Possess with Intent to Distribute Cocaine in the United States District Court, for the Southern District of Florida;

c)     An April 21, 1999, conviction for Possession of Cocaine in Alachua County;

d)     An August 9, 2001, conviction for Violation of Supervised Release in the Southern District of Florida; and

e)     A November 20, 2002, conviction for Larceny in Gainesville, Florida.
A check with the Florida Clemency Board revealed that Eric BELL has not petitioned to reinstate his right to own or possess a firearm.

31.     A criminal history check on Neang PROM revealed:

a)     On February 5, 2009, Neang PROM was convicted of a third degree felony in Sarasota County for four counts of altering a public record, certificate, etc. Neang PROM was sentenced to six months confinement and two years six months of probation

b)     On December 19, 2008 Neang PROM was convicted of a third degree felony in Hillsborough County for possessing or displaying a blank, forged, or stolen driver's license or ID.  Neang PROM was sentenced to three months confinement. A check with the Florida Clemency Board revealed that Neang PROM has not petitioned to reinstate her right to own or possess a firearm.

32.     Among the photographs posted on Eric BELL's MySpace page was a photograph of Eric BELL with one assault rifle in each hand posing in front of a vehicle

and a second photograph showing Eric BELL wrestling with a large brindle colored dog in the living room of his residence. Clearly visible in the back ground of the photograph are the barrels of two long guns.

33.     Among the photographs posted on Neang PROM's MySpace page is one photograph depicting Neang PROM posing in front of two assault rifles and one submachine gun hanging on the wall behind her in her residence. The two assault rifles in the background of the photograph of Neang PROM appear to be the same assault rifles Eric BELL was holding while posing in front of a vehicle. Items featured in the background of the photographs of Neang PROM and items featured in the background of photographs of Eric BELL show that both photographs were taken in different areas of the same room. Additionally, the location of items of furniture and the layout of the residence which are visible in the photographs are consistent with the description of the interior of the residence provided by the minor victim.

34.     In or about December 2009, the minor victim accompanied law enforcement officers to the address of 3230 North 47th Street in Tampa and identified it as the residence where she was held. The minor victim provided detailed drawings of the residence, the recreational vehicle, and her bedroom.

35.     On or about December 14, 2009, Special Agent Gregory T. Christopher of the Federal Bureau of Investigation (FBI) conducted a search of www.backpage.com (Tampa, escorts section) and www.craigslist.com (Tampa Bay, adult services section) and was unable to locate any current advertisements of the minor victim under her posted name of "Kay." Special Agent Christopher did however, locate active advertisements on both websites for "Pocahontas."

36.    A subpoena issued to www.craigslist.com resulted in information that revealed http://www.craigslist.com posting ID's1502865982 and 1500937225.[3]  The following two posting ID's were current (at the time) advertisements for "Pocahontas." Both of these advertisements were posted under the "Adult Services" section of Tampa Bay Craigslist.

37.    The following pertinent information is related to posting ID 1502865982

- Reply email – kp.ls08@yahoo.com

- IP address – 97.106.58.153

- Creation Date – 2009-12-09 15:01:02 (Pacific)

- Posted Date - 2009-12-09 15:00:55 (Pacific)

- Modified Date - 2009-12-17 01:04:34 (Pacific)

- Card number xxxxxxxxxxxx8842

- Expiration date – 04/13

- Holder – Neang Prom

- Address – 3230 N 47th Street

- City – Tampa

- State - FL

- Posting body – HELLO GENTLEMENS, MY NAME IS POCAHONTAS..IM ASIAN/BLK MIX..28YRS OLD..I STAND AT 5"5, 155 LBS..BEAUTIFUL DRK BROWN EYES..LONG STRAIGHT BLK HAIR THAT HANGS DOWN TO THE MIDDLE OF MY BACK..(941-915-7853POCAHONTAS;-)

---

[3] A posting ID is assigned by Craigslist and identifies a specific advertisement posted on www.craigslist.com.

38.    The following pertinent information is related to posting ID1500937225

- Reply email – kp.ls08@yahoo.com

- IP address – 97.106.58.153

- Creation date – 2009-12-08 11:44:49 (Pacific)

- Posted date – 2009-12-08 11:44:46 (Pacific)

- Modified date -2009-12-16  00:52:48 (Pacific)

- Card number xxxxxxxxxxxx8188

- Expiration date – 07/11

- Holder – Neang Prom

- Address – 3230 N 47th Street

- City – Tampa

- State – FL

- Posting Body – HEY GUYS, IM DEEDEE..25YRS OLD, EBONY BEAUTY..(813)-313-8626

39.    Backpage.com also produced confirmation in response to a subpoena which revealed six advertisements for "Pocahontas" that were current (at the time). These advertisements were posted under the "Tampa Adult Entertainment, Tampa Escorts" section of www.backpage.com, and stated:

- **Posting Title 1** – PoCaHoNtA$ - 28

- Posting Date – 01/05/2010 and 01/07/2010

- Customer Name – Neang Prom

- Customer Address – 5120 Unit 102, Palm Park Court Tampa, FL 33610

- Customer Email address – kp.ls08@yahoo.com

- IP Address – 97.106.58.153

- **Posting Title 2** - PoCaHoNtA$ - 28

- Posting Date – 02/01/2010

- Customer Name – Latasha Glover

- Customer Address – 3415 N 47th Street Tampa, FL 33605

- Customer Email – kp.ls08@yahoo.com

- Customer IP Address - 97.106.58.153


- **Posting Title 3** -   - - - - -beautiful and professional- - - - -

- Posting Date – 01/10/2010

- Customer Name – Neang Prom

- Customer Address - 5120 Unit 102, Palm Park Court Tampa, FL
33610

- Customer Email – kp.ls08@yahoo.com

- Customer IP Address - 97.106.58.153


- **Posting Title 4** – Grown & Sexy

- Posting Date – 12/26/2009

- Customer Name – Neang Prom

- Customer Address - 5120 Unit 102, Palm Park Court Tampa, FL
33610

- Customer Email – kp.ls08@yahoo.com

- Customer IP Address - 97.106.58.153

- **Posting Title 5** – THE LOVELY  DOUBLe Duo - 28
- Posting Date – 12/26/2009
- Customer Name – Neang Prom
- Customer Address -  3230 N 47th Street, Tampa, FL 33605
- Customer Email – kp.ls08@yahoo.com
- Customer IP Address – 70.125.77.127

- **Posting Title 6** – Eye CanDy ErOtic EbOny BeauTy
- Posting Date – 09/26/2009
- Customer Name – Neang Prom
- Customer Address -  3230 N 47th Street, Tampa, FL 33605
- Customer Email – mz.devious_81@yahoo.com
- Customer IP Address: 24.94.155.76

40.    According to www.backpage.com, the following is the user account information for the above advertisements:

- kp.ls08@yahoo.com
  - o    User name: Latasha Glover
  - o    User address: 3415 N 47th Street Tampa, FL 33605
  - o    Associate IP: 70.125.77.102, 70.125.77.127, and 97.106.58.153
- mz.devious_81@yahoo.com
  - o    User name: Neang PROM

o    User address: 3230 N 47th Street, Tampa, FL 33605

o    Associate IP: 208.36.189.34, 24.173.22.182, and 24.94.155.76

41.    In addition, www.backpage.com provided evidence of screen shots for each Internet posting. Postings 1, 2, 4, and 5 contain images of Neang PROM. In posting 3, there is an image of Neang PROM and an unidentified black female. In posting 6, there is an image of Neang PROM and another unidentified black female.

42.    Based on the information received from the www.craigslist.com and www.backpage.com, several subpoenas were issued to Brighthouse Networks to identify subscribers/users of the computers responsible for posting these advertisements.

43.    In response, Brighthouse provided information that advised it was the Internet Service Provider for the IP addresses identified by www.craigslist.com and www.backpage.com as posting the previously mentioned advertisements. Specifically,

•    IP subscriber information for IP 97.106.58.153 on 12/26/09 at 1:37 AM EST, 1/05/10 at 9:07 PM EST, 1/07/10 at 2:37 PM EST, 1/10/10 at 3:48 PM EST and 2/01/10 at 12:32 PM EST, and 24.94.155.76 on 9/26/09 at 10:48 PM EST.

•    Name – Prom, Neang

•    Address: 3230 N 47th Street Tampa, FL 33605-2431

•    Account #: 8223130126138212

•    Username(s):NTROM1

•    Length of service: 7/21/08 : still active

- They advised that they had no records of an account that was assigned IP address 70.125.77.127 on 7/21/09 at 2:37 PM EST.

- IP address 97.106.58.153 was created on December 8, 2009 at 11:44:49 (Pacific)

44.   In addition, Cyber Source, the company responsible for processing Craigslist transactions and charging a fee to clients who post advertisements, provided the following information in response to a subpoena:

- Customer information for www.craigslist.com transactions on December 8, 2009, and December 9, 2009

- Name – Neang Prom

- Address – 3230 N 47th Street Tampa, FL 33605

- Phone number (941) 915-7853

- Email address – kp.ls08@yahoo.com

- Credit card name – Neang Prom

- Credit card number – 5111680000848188

- Dollar amount authorized - $5.00 USD

- Date amount authorized – Dec 08 2009, 11:44:46 AM

- Expiration date – 07/2011

45.   Special Agents from ICE, FBI, and the CAHTTF have conducted numerous surveillances of the residence.  On numerous occasions, law enforcement officers observed a black male exiting the residence and having quick meetings with individuals that either drove or walked to the residence.  Such meetings are consistent with small scale narcotics transactions.

46.     On or about July 8, 2010, Agents from the CAHTTF conducted surveillance of the residence.  At approximately 1134 hours Special Agent Christopher observed a black male matching Eric BELL's description exit the residence.  At approximately 1135 hours, your Affiant and four members of the CAHTTF drove by the residence and were able to positively identify the black male as Eric BELL.

47.     On or about July 8, 2010, Special Agent Greg Christopher conducted a search of www.backpage.com  under the "Tampa Adult Entertainment" section.  SA Christopher located an active advertisement which appeared to be of Neang PROM a/k/a Pocahontas.  On the bottom of this advertisement, under a section titled "other ads by this user" were links to two additional advertisements associated with the same www.backpage.com user.  Specifically, one of the advertisements was titled "Introducing Candy & Jada $75 flat rate -18."  The phone number listed on the advertisement to contact these females was (941) 915-8348.  Both of the females depicted in the advertisement appeared to be minors.

48.     On or about July 22, 2010, Agents from the FBI, ICE, and Detectives from the CAHTTF executed a Federal search warrant on the residence, and the previously mentioned grey and red recreational vehicle.  NEANG PROM and ERIC BELL were located in the residence at the time the search warrant was executed.  Numerous items were seized from the residence and the recreational vehicle, including but not limited to, firearms, ammunition, body armor, digital cameras, cellular telephones, computers, numerous suspected false identifications, debit/money cards, a book titled "From Pimp Stick to Pulpit," and numerous Craigslist documents/advertisements.

49.     Firearms Interstate Nexus Specialist, Special Agent Walt Lanier with the

Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), examined the firearms seized during execution of the search warrant. The two firearms, a Plainfield Machine, model M-1, .30 caliber, semi-automatic carbine assault rifle and the Hi-Point, model JHP, .45 caliber, semi-automatic pistol, both meet the definition of a firearm as defined in 18 U.S.C. § 921(a)(3). SA Lanier advised your Affiant that both firearms were manufactured outside of the state of Florida; and therefore, traveled in or otherwise affected interstate commerce prior to their recovery at the defendants' residence in the Middle District of Florida.

50.     Searches of the electronic media (cameras and computers) have revealed numerous pornographic/sexually explicit photographs of the minor victim (Minor Victim #1). Additionally, pornographic/sexually explicit images of at least three (3) other females who appear to be minors were  located on the electronic media.  One of the minor females appears to be the minor known to law enforcement as "K.J." (Minor Victim #2).[4] The other two minor females appear to be the same minors who were advertised on www.backpage.com under the names "Candy" and "Jada." The images of "Candy" and "Jada" located on the electronic media seized from BELL and PROM's residence were identical to the images observed by Special Agent Christopher on the www.backpage.com advertisement.

51.     On or about July 22, 2010, following the execution of the search warrant Neang PROM was detained for questioning and Eric BELL was arrested on outstanding state arrest warrants.  Both individuals were transported to a Tampa Police Department substation for interview.

---

[4] See paragraphs 24-25 in reference to K.J.

52.   PROM was interviewed by your Affiant and Special Agent Gregory Christopher (FBI). PROM was advised of her rights, signed a form waiving her rights, and agreed to speak with the interviewing agents. In summary, PROM stated that she had been working as a prostitute since March or April of 2008. PROM advised that she was introduced to Minor Victim #1 through a friend who also worked as a prostitute. PROM stated that Minor Victim #1 moved into the house with her and BELL shortly after she was introduced to them. PROM stated that Minor Victim #1 stayed with them for two and a half to three weeks and informed her that she was 18 years old. PROM said that she posted photographs of Minor Victim #1 on www.cragislist.com and www.backpage.com advertising her for prostitution. PROM stated Minor Victim #1 had several dates (prostitution sex acts) while she lived with them and charged approximately one hundred and fifty ($150.00) dollars per date. PROM further stated that Minor Victim #1 gave all of the money she earned for her dates to PROM following each encounter. PROM used the profits to cover room and board and to maintain Minor Victim #1's hair and nails. If Minor Victim #1 asked for any additional money, PROM would give it to her.

53.   PROM advised that she used a Green Dot card to pay for the advertisements on www.craigslist.com and www.backpage.com. She explained that either she or BELL would photograph the individuals featured in the advertisement, including Minor Victim #1. PROM stated that the advertisements were posted onto the Internet from a laptop computer which was located inside of the residence.

54.   When asked about Minor Victims' #2, 3, and 4, PROM advised that they

also prostituted for her and BELL. When asked about the finances in the home, PROM stated that she and BELL lived off the money she and the other females made prostituting, as well as the money BELL made from dealing narcotics.

55.     BELL was interviewed by your Affiant and Special Agent Gregory Christopher (FBI). BELL was advised of his rights, signed a form waiving his rights, and agreed to speak with the interviewing agents. In summary, BELL advised that "females" came to him to "work." He stated that there had been females working from his residence since December 2009. BELL admitted to photographing some of the women which were posted on www.craigslist.com and www.backpage.com. BELL stated that he had sexual intercourse with many of the females that prostituted for him. When asked about Minor Victim #1, BELL advised that she worked out of his residence for approximately 3 weeks but he did not recall how many "dates" she had. BELL stated that Minor Victim #1 told him she was 18 years old. When asked whether any of the other females who worked for him were juveniles, he responded that he did not know if they were but he believed that all of them were at least 18 years old.

56.     On or about September 20, 2010, Special Agent Christopher contacted Hillsborough Kids Incorporated (HKI) and provided photographs of Minor Victims #3 and 4. Special Agent Christopher confirmed the identities of both females as R.G. date of birth 12/26/1992 (Minor Victim #3) and C.L. date of birth 10/01/1993 (Minor Victim #4).

57.     Subsequent interviews with Minor Victims #1, 2, and 3, revealed that Minor Victim #1 was 15 years old at the time she worked for PROM and BELL; Minor Victim #2 was either 15-16 years old at the time she worked for PROM and BELL.

Minor Victim #3 was 17 years old at the time she worked for PROM and BELL and Minor Victim #4 was 16 years old at the time she worked for PROM and BELL.

## CONCLUSION

58.   Based upon the foregoing facts, your Affiant submits that there is probable cause to believe that Eric BELL and Neang PROM committed violations of Title 18, United States Code, Sections 2251 and 2, 922(g), and 1591(a)(1) and 2.

59.   It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this Application, including the Complaint, Affidavit, and Arrest Warrant.  Sealing is necessary because disclosure of the existence of these documents prior to the arrest of a defendant could hinder or impede arrest efforts.

Further, your affiant sayeth naught.

William Williger
Immigration and Customs Enforcement

Sworn and subscribed before me this
3 day of January, 2011.

THOMAS G. WILSON
United States Magistrate Judge